PROB 12B
(7/93)

Report Date: October 9, 2009

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### Eastern District of Washington

OCT 1 4 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Phillip William George          Case Number: 2:07CR02119-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 9/4/2008          Type of Supervision: Supervised Release

Original Offense: Failing to Register as a Sex Offender, 18 U.S.C. § 2250          Date Supervision Commenced: 6/18/2009

Original Sentence: Prison - 15 Months; TSR - 36 Months          Date Supervision Expires: 6/17/2012

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27      You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Phillip William George is currently serving his 180 days in the Franklin County Residential Reentry Center (RRC), and is scheduled to complete his time on December 14, 2009. At this time Mr. George is not entitled to the benefits of the prerelease component while at the RRC.

Since being at the RRC, Mr. George has commenced sex offender treatment; however he has not found employment. Mr. George has also had a difficult time establishing a release address with family and/or friends, as all of his proposed release addresses have been denied.

This officer respectfully recommends the Court modify condition number 27, and provide the defendant the benefit of the prerelease component. This would allow the defendant to seek his own housing, and upon finding an approved residence, he may be released on electronic home monitoring for the remainder of his RRC time. This would benefit Mr. George as he currently cannot secure his own housing because he cannot be released. It is hopeful, that with the assistance of the Benton Franklin Community Action Council and Mr. George's tribal funds, he can secure a residence now rather than release on December 14, 2009, as homeless.

Prob 12B
**Re:  George, Phillip William**
**October 9, 2009**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   *October  9,  2009*

*SanJuanita B Coronado*

SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[ X ]   The Modification of Conditions as Noted Above
[  ]   Other

Signature of Judicial Officer

*OcT 14 2009*

Date