PROB 12C
(7-93)

Report Date: January 10, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Phillip William George          Case Number: 2:07CR02119-001

Address of Offender: Last known address:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 9/4/2008

| | |
|---|---|
| Original Offense: | Failing to Register as a Sex Offender, 18 U.S.C. § 2250 |
| Original Sentence: | Prison - 15 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | James P. Hagarty |
| Defense Attorney: | Diane Hehir |

Type of Supervision: Supervised Release

Date Supervision Commenced: 6/18/2009

Date Supervision Expires: 6/17/2012

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1   **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

   **Supporting Evidence**: Phillip William George is considered in violation of his supervised release, as he failed to report to the probation officer as directed on or before December 31, 2010.

   On November 19, 2010, Mr. George was allowed to travel to Lapwai, Idaho, as he had medical issues and was going to live with his sister, Lee Bourgeau, pending acceptance of his transfer of supervision. Mr. George was given a written travel permit with written directions to contact U.S. Probation officer, Richard Gaylor, in the District of Idaho, once he arrived in Idaho. The defendant was also instructed to report to his supervising probation officer in Western Washington by December 31, 2010. Mr. George failed to contact either of the probation officer as required. As a result, his transfer of supervision was denied.

2   **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

Prob12C
Re: George, Phillip William
January 10, 2011
Page 2

**Supporting Evidence**: Phillip William George is considered in violation of his supervised release as he failed to notify his probation officer prior to changing his residence. As mentioned in violation 1, due to his medical issues Mr. George was allowed to travel to the District of Idaho to live with his sister, Lee Bourgeau, while his transfer of supervision was being investigated. Mr. George was to stay at Ms. Bourgeau's residence located at 119 Joseph Street E, Lapwai, Idaho. The defendant registered as sex offender as required at that residence.

On January 5, 2011, the defendant's supervising probation officer in Western Washington contacted Ms. Bourgeau by telephone as Mr. George had failed to report to the probation officer in Idaho and to the officer in Western Washington as required. Ms. Bourgeau advised that the defendant no longer resided with her and was living in Kamiah, Idaho. She did not have a specific address and she indicated Mr. George did not have a telephone.

19   **Special Condition # 19**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising probation officer.

**Supporting Evidence**: Phillip William George is considered in violation of his supervised release as he failed to register as a sex offender on or before January 3, 2011. Mr. George was allowed to travel to Lapwai, Idaho, to stay with his sister pending his transfer of supervision. The defendant registered as sex offender in Nez Perce County, Idaho, as required, on November 23, 2010. His registered address was 119 Joseph Street E, Lapwai, Idaho.

On January 3, 2011, the probation officer in the District of Idaho contacted the defendant's sister, Lee Bourgeau, who advised Mr. George had moved to Kamai, Idaho. According to the Idaho probation officer, the defendant was still registered as living with his sister in Lapwai, Idaho, and had not yet registered his address in Kamai. The defendant's supervising probation officer in Western Washington contacted the defendant's sister, Lee Bourgeau, on January 5, 2011. Ms. Bourgeau again advised the defendant moved to Kamai, Idaho, and was not living with her. She could not provide his new address and stated he did not have a telephone number. This officer reviewed the Idaho sex offender registry, and as of today's date, he is still registered as living in Lapwai, Idaho.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/10/2011

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

Prob12C
Re: George, Phillip William
January 10, 2011
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_Jan 11 2011_
Date