PROB 12C
(7/93)

Report Date: February 1, 2012

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**FEB 01 2012**

Eastern District of Washington

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Phillip William George         Case Number: 2:07CR02119-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  9/4/2008

Original Offense:      Failing to Register as a Sex Offender, 18 U.S.C. § 2250

Original Sentence:     Prison - 15 Months; TSR - 36 Months         Type of Supervision:  Supervised Release

Asst. U.S. Attorney:   Alexander Carl Ekstrom       Date Supervision Commenced: 6/8/2011

Defense Attorney:      Diane Hehir                  Date Supervision Expires: 6/17/2012

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: Phillip George is considered in violation of his supervised release as he tested positive for marijuana on or about November 28, 2011; November 5, 2011; and January 17, 2012. The positive results were confirmed by Alere Toxicology Laboratory. |
| 2 | **Special Condition #24**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Phillip George is considered in violation of his supervised release as he failed to report for urinalysis testing on October 4, 2011, and December 20, 2011. |
| 3 | **Special Condition #25**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six test per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Phillip George is considered in violation of his supervised release as he admitted to his supervising probation officer, Richard Gayler, that he had consumed alcohol on or about December 28, 2011. He advised the officer he had consumed approximately six beers.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/01/2012

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/1/12
Date