UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.    CR-07-2119-WFN-1 |
| Plaintiff, | ) | |
| | ) | ORDER VACATING CONVICTION |
| -vs- | ) | AND DISMISSING INDICTMENT |
| PHILLIP WILLIAM GEORGE, | ) | |
| Defendant. | ) | |

Pursuant to the Mandate issued by the Ninth Circuit Court of Appeals on April 2, 2012,

**IT IS ORDERED** that:

1.  Defendant's conviction in this matter is **VACATED**.

2.  The Indictment is **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Probation Office.

**DATED** this 4th day of April, 2012.

04-04-12

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER VACATING CONVICTION
AND DISMISSING INDICTMENT